FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 29, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA LEE CAMPOS-HERNANDEZ,<br><br>Defendant. | No. 2:24-CR-0082-TOR-1<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 38)** |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 38**. Specifically, the Defendant requests to modify Special Release Condition 9 to allow communication and contact with her parents, who the Government preliminarily identified as witnesses, to allow them to assist in her care, at her current residence, as she recovers from knee surgery. Defendant recites in her motion that the Assistant United States Attorney Ann Wick is not opposed to the motion.

The Court finding good cause, **IT IS ORDERED** Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 38,** is **GRANTED**.

Special Condition 9 is modified as follows: Defendant shall be allowed to **communicate with and have contact her parents upon entry of this Order, today, October 29, 2024 for the purpose of assisting with her recovery from**

ORDER - 1

**surgery. Defendant shall file a status report by no later than November 15, 2024 regarding the status of her recovery from surgery and whether she still requires assistance from her parents.**

Defendant shall strictly comply with the release plan set forth in Defendant's Motion, **ECF No. 38**, which is incorporated herein by reference.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED October 29, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2